**Legal Advocates for Seniors and People with Disabilities**
205 W. Monroe, 4th Floor, Chicago, IL 60606
312-263-1633
Fax: 312-263-1637
E-Mail: info@mylegaladvocates.org

**VIA FACSIMILE**

09CV365
JUDGE GRADY
MAGISTRATE JUDGE SCHENKIER

PH

October 20, 2008

Phillips & Cohen Associates Ltd
695 Rancocas Road
Westampton, NJ 08060

Re: Patricia Hunt
[redacted]
[redacted], IL [redacted]

Consumer's account: [redacted] / [redacted]

LASPD file number: 

Dear Sir or Madam:

Please be advised that we represent Patricia Hunt regarding your firm's attempts to collect the above-referenced debt.

Legal Advocates for Seniors and People with Disabilities ("LASPD") is a nationwide program of the Chicago Legal Clinic, Inc., a not-for-profit law office providing low-cost legal services to the public. LASPD provides debt-related legal services to seniors and people with disabilities who have a fixed and/or limited income, protected by law, and have minimal or no assets. LASPD's goal is to persuade creditors and third party collectors to cease collection efforts, including filing a lawsuit, regarding debts that are not collectible, such as the one referenced above.

We ask that you, or the creditor you represent, review the attached affidavit from Ms. Hunt. As you will see, Ms. Hunt's income is protected from levy, attachment or garnishment by Federal and/or State law. Moreover, there is no income available for a payment arrangement or settlement. We therefore request that you cease all further collection activities and direct all future communications to our office.

In closing, I am certainly prepared to furnish you with other appropriate information that you may require. If you have any questions, please contact LASPD at 312-263-1633.

Very truly yours,

[signature]

Jeff Whitehead,
Supervising Attorney
Enc.

EXHIBIT
tabbies
A

**Legal Advocates for Seniors and People with Disabilities**
205 West Monroe, 4th Floor, Chicago, IL 60606
312-263-1633
Fax: 312-263-1637
E-Mail: LASPD@clclaw.org

Edward Grossman, Executive Director
Marta C. Bukata, Deputy Director
Jeff Whitehead, Supervising Attorney

## CONSENT FORM FOR LEGAL REPRESENTATION

Please allow this form to express my (our) formal consent for Legal Advocates for Seniors and People with Disabilities (LASPD) to provide certain legal representation on my (our) behalf with respect to my (our) debts. LASPD, through its agents, has authority to communicate with all creditors on my (our) behalf and attempt to resolve any debt which may be due and owing to said creditors. All communication regarding my (our) debts from any and all of my (our) creditors shall be made only through the agents of LASPD. This consent form shall be valid until revoked in writing by the undersigned.

PRINTED NAME: PATRICIA HUNT
First Client

SIGNED: Patricia Hunt
First Client

DATED: 2-3-06

PRINTED NAME: ______________________
Second Client

SIGNED: ______________________
Second Client

DATED: ______________________

SUBSCRIBED AND SWORN TO BEFORE ME THIS 1 DAY OF NOVEMBER, 2006.

[signature]
NOTARY PUBLIC

KINETTE JENNINGS
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
September 23, 2007

**Legal Advocates for Seniors and People with Disabilities**
205 West Monroe, 4th Floor, Chicago, IL 60606
312-263-1633
Fax: 312-263-1637
E-Mail: LASPD@clclaw.org

Edward Grossman, Executive Director
Marta C. Bukata, Deputy Director
Jeff Whitehead, Supervising Attorney

**To our Client:**

Please help us to help you. The best way to give creditors a full understanding of your financial information is by filling out this affidavit as **completely, neatly** and **accurately** as possible. This will greatly help our communication with your creditors. Thank you.

## AFFIDAVIT OF INCOME AND ASSETS

Please put a checkmark to indicate only those sources of income that you receive and put the amount you receive each month in the appropriate column.

**I. Sources of Income (and Monthly Amounts) which are Protected by Law:**

| Source of Income | Monthly Amount |
|---|---|
| ( ) Social Security benefits | $______ |
| (✓) Disability benefits (including long-term disability and short-term disability benefits) | $ [redacted] |
| ( ) Pension benefits (ERISA) and IRA's | $______ |
| ( ) Veterans' benefits | $______ |
| ( ) Public Aid benefits | $______ |
| ( ) Workers' Compensation benefits | $______ |
| ( ) Unemployment benefits | $______ |
| ( ) Child support and/or maintenance (alimony) | $______ |

**II. Other Sources of Income NOT Listed Above :**

| Source | Monthly Amount |
|---|---|
| ______ | $______ |
| ______ | $______ |

**THE NEXT PAGE IS VERY IMPORTANT TO COMPLETE IF WE ARE GOING TO REPRESENT YOU PROPERLY. PLEASE FILL IN EVERY SPACE THAT APPLIES TO YOU AND PUT AN (X) IN ANY SPACE THAT DOES NOT APPLY TO YOU.**

**III. Assets:**

a) House or real estate valued at: $ 0 which includes a mortgage and/or home equity loan(s) of $ 0. (The value of your home is the amount that you could sell it for if you were going to sell it. A local real estate broker may be able to help you determine this amount. The mortgage amount and/or the home equity loan should be the total amounts outstanding.)

b) $ 0 worth of all personal property (for example, clothing, furniture, electronics and bank accounts).

c) A motor vehicle valued at $ 0 which includes a total amount owed of $ 0 on a vehicle loan. (You can find the trade-in value of your car at websites such as www.kbb.com and www.edmunds.com or by looking at the Kelley Blue Book at your local library. Alternatively, you can ask a local car dealer. **If you own more than one vehicle, please list this information in section IV below.)**

d) $ 0 received from the sale of real estate within the past 12 months.

e) $ 0 of life insurance benefits due to the death of an immediate family member within the past 12 months.

f) $ 0 which I have received or expect to receive from a personal injury case involving me within the past 12 months.

g) An award to me under state crime victims' compensation laws of $ 0.

**IV. Other Assets Not Listed Above:**

DNA

_______ valued at $_______

_______ valued at $_______

_______ valued at $_______

_______ valued at $_______

The above-listed information has been carefully provided by me. I have disclosed all of my sources of income and my assets. I understand the purpose of this affidavit and have voluntarily signed it.

PRINTED NAME: PATRICIA HUNT
First Client

SIGNED: Patricia Hunt
First Client

DATED: 2-3-06

PRINTED NAME: ____________
Second Client

SIGNED: ____________
Second Client

DATED: ____________

SUBSCRIBED AND SWORN TO BEFORE ME THIS 1 DAY OF NOVEMBER, 2006.

Kinette Jennings

NOTARY PUBLIC

KINETTE JENNINGS
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
September 24, 2007

**NetCFax Sent Fax transmission report**
**Fax sent at : Wed Dec 24 21:43:53 2008**
Server : at IP address 99.1.122.230

---

Faxing by NetCFax, THE NETWORKED FAX SOLUTION
Developed by NetCPlus Internet Solutions, Inc.
The best networked fax solution for business networks.
For more details go to www.netcplus.com, or call +1 727 391 8966.

NB - This fax was sent using your cover page layout as specified.
**THIS FAX WAS SENT SUCCESSFULLY....**

| | |
|---|---|
| **Fax Status** | **: NORMAL** |
| **NetCFax Fax ID #** | **:** [redacted] |
| **To Fax #** | **: 19544728411** |
| **To Name** | **:** |
| **To Company** | **: Phillips & Cohen Associates Ltd** |
| From fax # | : 13122631637 |
| From voice # | : 13122631633 |
| **From name** | **: Jeff Whitehead** |
| From company | : LASPD |
| **Subject** | **: Patricia Hunt /** [redacted] |
| **Time sent** | **: 13:00:32** |
| **Date sent** | **: 2008/10/20** |
| Speed used | : 14400 |
| Sending time | : 2 mins 19 secs |
| **Total Pages** | **: Cover page plus 4 attached pages** |

No comments were included on this cover page...

**END OF TRANSMISSION REPORT...**