**Phillips & Cohen Associates, Ltd.**

P.O. Box 48458
Oak Park, MI 48237
Return Service Requested

Ph 800-889-3023 • Fx 954-472-8411
Office Hours: M-Th: 8am-9pm
Fri: 8am-6pm - Sat: 8am-12pm

| CHECK CARD USING FOR PAYMENT | ☐ VISA  ☐  ☐ DISCOVER  ☐ |
|---|---|
| CARD NUMBER | PAYMENT AMOUNT |
| CARD BILLING ADDRESS AND ZIP CODE | |
| SIGNATURE | EXP. DATE |

11/21/08

To The Estate Of:

Patricia L Hunt
██████████████
██████ IL █████
|ı|lıılıııılıııılılıılıılıılıılıılıııılılıııılılıılı|

Check the box below if you are paying by credit card

☐
1002 Justison Street
Wilmington, DE 19801

DEC 09 2008

Account #: ████
Balance: $481.96

--- *** PLEASE DETACH AND RETURN IN THE ENCLOSED ENVELOPE WITH YOUR PAYMENT *** ---

Re:  Client:                **PORTFOLIO ASSET GROUP**         09CV365
     Client Acct#:          ████
     Original Creditor:     **TARGET**                         JUDGE GRADY
     Our Acct#:             ████                               MAGISTRATE JUDGE SCHENKIER
     Balance:               $481.96

To The Estate Of Patricia L Hunt:                              PH

As you should know from our prior letter, we are the probate specialists hired by PORTFOLIO ASSET GROUP to handle the remaining balance owed by The Estate of Patricia L Hunt. Again, please accept our condolences on this loss to you and your family.

As of the date of Patricia L Hunt's unfortunate passing, a balance of $481.96 was owing to PORTFOLIO ASSET GROUP. In an effort to assist in the resolution of this account, we are pleased that we can offer the Estate of Patricia L Hunt, or anyone willing to pay the debts of Patricia L Hunt, the option to settle this account at a drastic reduction by sending in payment in the amount of $409.67. This will change the status of this account to 'settled in full'. If you select this option there will be no further activity or attempts to collect any remaining portion.

Otherwise, please call our office to discuss a repayment plan. If you are uncertain as to what to do or need additional information, please call us. We will work with you to establish suitable terms for repayment that fit your present financial circumstances.

We genuinely hope that we can resolve this obligation without the need to contact you further. Should you have any questions regarding this matter please call 800-889-3023.

Sincerely,
Phillips & Cohen Associates, Ltd.

Payment by credit card transaction fees: MasterCard, Visa and Discover $5 per $150; American Express $7 per $150.

** IMPORTANT CONSUMER INFORMATION **

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.


EXHIBIT B