**Legal Advocates for Seniors and People with Disabilities**
205 W. Monroe, 4th Floor, Chicago, IL 60606
312-263-1633
Fax: 312-263-1637
E-Mail: info@mylegaladvocates.org

**VIA FACSIMILE**

December 24, 2008

Phillips & Cohen Associates Ltd
695 Rancocas Road
Westampton, NJ 08060

```
09CV365
JUDGE GRADY
MAGISTRATE JUDGE SCHENKIER

PH
```

Re: Patricia Hunt
　　▇▇▇▇▇▇▇
　　▇▇▇▇, IL ▇▇▇▇

Target National Bank: #▇▇▇▇▇▇▇; Reference: # ▇▇▇▇▇/ ▇▇▇▇▇▇▇

LASPD file number: ▇▇

Dear Sir or Madam:

As you know from our previous correspondence, dated October 20, 2008, we represent Patricia Hunt regarding your firm's attempts to collect the above-referenced debt.

In that correspondence, we requested that you cease all further communications with Ms. Hunt. Nonetheless, your firm has continued to contact Ms. Hunt directly, via written correspondence date November 21, 2008. We demand that your firm immediately stop contacting Ms. Hunt's and direct all further communications regarding this debt to our office.

Moreover, as we previously informed your firm, Ms. Hunt's income is protected from levy, attachment or garnishment by Federal and/or State law. We therefore request that you cease all further collection activities regarding this debt.

If you have any questions, please contact LASPD at 312-263-1633.

Very truly yours,

*[signature]*

Jeff Whitehead
Supervising Attorney

EXHIBIT C

NetCFax Sent Fax transmission report
Fax sent at : Wed Dec 24 18:07:01 2008
Server : at IP address 99.1.122.230

Faxing by NetCFax, THE NETWORKED FAX SOLUTION
Developed by NetCPlus Internet Solutions, Inc.
The best networked fax solution for business networks.
For more details go to www.netcplus.com, or call +1 727 391 8966.
NB - This fax was sent using your cover page layout as specified.

**THIS FAX WAS SENT SUCCESSFULLY....**

| Field | Value |
|---|---|
| Fax Status | : NORMAL |
| NetCFax Fax ID # | : ▇▇ |
| To Fax # | : 19544728411 |
| To Name | : |
| To Company | : Phillips & Cohen Assoc |
| From fax # | : 13122631637 |
| From voice # | : |
| From name | : Jeff Whitehead |
| From company | : Legal Advocates for Seniors & People with Disabili |
| Subject | : Patricia Hunt / ▇▇▇▇▇▇ |
| Time sent | : 17:20:09 |
| Date sent | : 2008/12/24 |
| Speed used | : 14400 |
| Sending time | : 59 seconds |
| Total Pages | : Cover page plus 1 attached page |

No comments were included on this cover page...

**END OF TRANSMISSION REPORT...**